# United States Court of Appeals
## For the Eighth Circuit

_____

No. 18-1404

_____

United States of America

*Plaintiff - Appellee*

v.

Gabriel Mangum

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Northern District of Iowa - Cedar Rapids

_____

Submitted: September 4, 2018
Filed: September 10, 2018
[Unpublished]

_____

Before BENTON, SHEPHERD, and STRAS, Circuit Judges.

_____

PER CURIAM.

Gabriel Mangum appeals the Guidelines-range sentence the district court[1] imposed after he pled guilty to an escape charge. Mangum's counsel has moved to

_____

[1]The Honorable Linda R. Reade, United States District Judge for the Northern District of Iowa.

withdraw and submitted a brief under *Anders v. California*, 386 U.S. 738 (1967), arguing that the sentence was substantively unreasonable. Having jurisdiction under 28 U.S.C. § 1291, this court affirms.

After careful review of the record, this court concludes that the district court did not impose an unreasonable sentence, as there was no indication that it overlooked a relevant 18 U.S.C. § 3553(a) factor, or committed a clear error of judgment in weighing relevant factors. *See United States v. David*, 682 F.3d 1074, 1077 (8th Cir. 2012) (standard of review); *United States v. Wohlman*, 651 F.3d 878, 887 (8th Cir. 2011). The sentence was within the Guidelines range. *See United States v. Callaway*, 762 F.3d 754, 760 (8th Cir. 2014). This court has independently reviewed the record pursuant to *Penson v. Ohio*, 488 U.S. 75 (1988), and finds no nonfrivolous issues for appeal.

The judgment is affirmed. Counsel's motion to withdraw is granted.

_____